# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HURRICANE CASE: GOLD'N GIFTS
& BRIDAL BOUTIQUE, LLC

NO.   2024 CW 0158

VERSUS

LIBERTY MUTUAL INSURANCE
COMPANY

**APRIL 19, 2024**

---

In Re:    Ohio  Security  Insurance  Company,  applying  for
          supervisory  writs,  32nd  Judicial  District  Court,
          Parish of Terrebonne, No. 192875.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT